**MELEX USA, INC. and Pezetel, Ltd., Plaintiffs,**

v.

**UNITED STATES, Defendant.**

**Slip op. No. 96–58.**
**Court No. 92–04–00298.**

United States Court of International Trade.

March 22, 1996.

**ORDER OF AFFIRMANCE AND DISMISSAL**

MUSGRAVE, Judge.

Upon consideration of the parties' unanimous assent to the results of the Redetermination on Remand by the International

---

Trade Administration dated February 12, 1996, and upon consideration of all papers and proceedings herein, it is hereby

**ORDERED AND ADJUDGED** that the remand determination be affirmed; and it is further

**ORDERED AND ADJUDGED** that this final judgment affirming those results be entered by the Clerk of this Court; and it is further

**ORDERED AND ADJUDGED** that the subject action be and hereby is dismissed.